UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,   :
                            :
v.                          :
                            :
ILLYA TRINCHER,             :
                            :
        Defendant.          :
                            :
                            :
                            :
-------------------------------------------------------x

**PETITION OF CHARLES PACHECO FOR A HEARING TO ADJUDICATE THE VALIDITY OF PETITIONER'S INTEREST IN FORFEITED PROPERTY (21 USC §853(n) and FRCRP 32.2( c )**

13 Cr. 268 (JMF)

The petitioner by and through his attorneys of record, Michael Pancer and Faith Friedman, and pursuant to 21 USC § 853(n) and Rule 32.2( c ) of the Federal Rules of Criminal Procedure hereby petitions this Court for a hearing to adjudicate his interest in the following items of property:

$3,800,000 on deposit in City National Bank account number 112341137. The funds in that account are the rightful property of the petitioner.

                                    Respectfully submitted,

Dated: June 12, 2014                /s/ Michael Pancer

                                    _____
                                    MICHAEL PANCER, Petitioner's Attorney
                                    California State Bar No. 43602
                                    105 West "F" Street, Fourth Floor
                                    San Diego, California 92101
                                    Telephone: (619) 236-1826

1

Dated: June 12, 2014               /s/ Faith A. Friedman
                                   _____
                                   FAITH FRIEDMAN, Petitioner's Attorney
                                   FAF 6066
                                   148 East 78th Street
                                   New York, New York 10075
                                   Telephone: (212) 737-0400